AO 91 (Rev. 08/09)  Criminal Complaint          AUSA DANIEL E. FUNK

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>MICHAEL T. DALESSIO,<br><br>Defendant(s) | Case No.  20-008-SMM |

FILED BY ___ LP ___ D.C.

FEB 07 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 17, 2019__ in the county of __Saint Lucie__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. § 922(g)(3) | Possession of a firearm by a person who is an unlawful user of or addicted to any controlled substance |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent, James T. Houk
Printed name and title

Sworn to before me and signed in my presence.

Date: February 7, 2020

_____
Judge's signature

City and state:  Fort Pierce, Florida

Shaniek M. Maynard, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT OF TYLER HOUK
## SPECIAL AGENT
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES

I, Tyler Houk, being duly sworn, state and depose that:

1. I am currently a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have served in that capacity since September of 2014 investigating violations of federal law. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. I have my bachelor's and master's degrees in criminal justice from Florida Atlantic University. I have received additional specified training in the investigation of homicides, terrorism, street gangs, and open source internet and social media. I am a certified advanced gang-specialist in the state of Florida. I have investigated at least one hundred cases involving federal and state firearms violations, involving unlawful possession of firearms, the possession of firearms by armed drug traffickers, illegal exportation of firearms, dealing in firearms without a license, and homicides. I have participated in a variety of different aspects of those investigations, including surveillance, operations to conduct controlled purchases of firearms, interviewing suspects, and the execution of search and arrest warrants. I have been the affiant of numerous affidavits for search warrants relating to firearms, narcotics, and/or homicides.

2. I submit this affidavit based on information known to me personally from the investigation, as well as information from other law enforcement officers who have investigated this matter, or other individuals who have personal knowledge of the facts herein. As such this affidavit does not contain all of the information known regarding this investigation, but rather only those facts necessary to establish the requisite probable cause to issue a criminal complaint for Michael T. DALESSIO (Year of Birth 1963) for possession of a firearm and ammunition, by an unlawful user or addict of a controlled substance in violation of Title 18, United States Code, Section 922(g)(3).

## PROBABLE CAUSE

3.       During this investigation, I have utilized a confidential informant who will be referred to as "CI" and not be named for fear of the CI's safety and to avoid jeopardizing other active investigations. The CI is a past proven and reliable confidential informant who has provided ATF, the Saint Lucie County Sheriff's Office ("SLCSO"), and the Fort Pierce Police Department ("FPPD"), with information that has led to the arrest of numerous individuals involved with firearm and narcotic related offenses.

4.       On or about July 1, 2019, at approximately 4:00 a.m., a FPPD officer recovered a silver Taurus PT 111 Pro, 9mm pistol with an extended magazine and a Glock 17, 9mm semi-automatic pistol from a vehicle along with suspected crack cocaine and the driver's license of a convicted felon.

5.       On or about July 2, 2019, the CI contacted law enforcement and stated that law enforcement should look into any firearms that were recovered from the vehicle the day before. The CI stated that a white male driving a red Chevrolet SUV was purchasing firearms on behalf of convicted felons and gang members in Fort Pierce and trading the firearms for crack cocaine. The CI described the white male as being bald and middle-aged. The same day, the CI notified law enforcement that the CI had just observed the red Chevrolet SUV that the white male was utilizing to exchange the firearms for crack cocaine. A few minutes after the CI had notified law enforcement, FPPD Detective Charlie Davis was able to locate the red SUV in the area of 14th Street and Avenue D in Fort Pierce and record the license plate of the vehicle, which was registered to Michael T. DALESSIO. Detective Davis was also able to see that DALESSIO was the driver.  The CI was shown a driver's license photograph of DALESSIO and the CI positively identified him as the person who was purchasing firearms on the behalf of convicted felons and then exchanging the firearms for crack cocaine.

6.       On or about July 2, 2019, I conducted an E-Trace query of the two firearm serial numbers that were seized in the vehicle on July 1, 2019, the search revealed that the Glock was purchased by DALESSIO as part of a multiple-gun sale on or about November 4, 2016 from The Tactical Store in Port St. Lucie, Florida. I then conducted a multiple-sales query of Michael DALESSIO utilizing DALESSIO's

name, date of birth, and address. A multiple-sales query in E-Trace will list times that a Federal Firearms Licensee (FFL) reports the sale of two or more handguns to one purchaser on the same date. A multiple sales query of DALESSIO revealed that he had purchased 29 firearms between on or about August 1, 2016 through August 28, 2019, as indicated in the chart below:

| Purchase Date | Firearm | FFL |
| --- | --- | --- |
| 8/1/2016 | Ruger GP 100 .357 revolver | The Tactical Store |
| 8/1/2016 | Sig Sauer P238 pistol | The Tactical Store |
| 9/20/2016 | Kel-Tec PMR-30 .22 pistol | The Tactical Store |
| 9/20/2016 | Glock GMBH 19 9mm pistol | The Tactical Store |
| 11/4/2016 | North American Arms .22 revolver | The Tactical Store |
| 11/4/2016 | Glock 17 9mm pistol | The Tactical Store |
| 11/4/2016 | Heckler & Koch SP5 K 9mm pistol | The Tactical Store |
| 1/28/2017 | Smith & Wesson 22 Victory pistol | The Tactical Store |
| 1/28/2017 | German Sports Guns GSG-1911 pistol | The Tactical Store |
| 4/5/2017 | Springfield Armory Operator .45 pistol | The Tactical Store |
| 4/5/2017 | Weihrauch Hermann 357 revolver | The Tactical Store |
| 5/1/2017 | Taurus Judge 45 revolver | The Tactical Store |
| 5/1/2017 | Walther 22 pistol | The Tactical Store |
| 5/1/2017 | Beretta Pico 380 pistol | The Tactical Store |
| 5/10/2017 | Chiappa M9-22 22 pistol | The Tactical Store |
| 5/10/2017 | Ruger Mark IV 22 pistol | The Tactical Store |
| 6/8/2017 | Armscor Citadel 45 pistol | St Lucie Gun Sales |
| 6/8/2017 | Browning 1911 .380 pistol | St Lucie Gun Sales |
| 1/16/2018 | Glock 19 9mm pistol | The Tactical Store |
| 1/16/2018 | Armscor M1911-A1 | The Tactical Store |

3

| Date | Firearm | Seller |
|---|---|---|
| 8/26/2018 | Springfield 1911 .45 pistol | St Lucie Gun Sales |
| 8/26/2018 | FN .57 pistol | St Lucie Gun Sales |
| 11/27/2018 | Taurus Judge .45 pistol | The Tactical Store |
| 11/27/2018 | Sig Sauer P320 9mm pistol | The Tactical Store |
| 12/18/2018 | Canik55 TP-9SF 9mm pistol | St Lucie Gun Sales |
| 12/18/2018 | HS Product XD Mod 2 45 pistol | St Lucie Gun Sales |
| 8/29/2019 | Delton Inc .556 pistol | The Tactical Store |
| 8/29/2019 | Ruger LCP II .380 pistol | The Tactical Store |
| 8/29/2019 | Freedom Ordnance FX-9 9mm pistol | The Tactical Store |

7. A records check showed that on or about August 21, 2019, FPPD and Fire Rescue had responded to DALESSIO's residence located at 1758 N. Dovetail Drive, Fort Pierce, Florida, in reference to a drug overdose. At approximately 3:23 a.m. on that date, FPPD Detective Guillette arrived at the residence and made contact with DALESSIO who was being treated by Saint Lucie County Fire Rescue for his recent overdose. K.M. who is DALESSIO's girlfriend and who resides at that home was the reporting party. According to Detective Guillette, K.M. had administered Narcan (a nasal spray that is used for the emergency treatment of an opioid overdose) to DALESSIO before police or paramedics arrived. The following items were seized from the residence: a spoon with fentanyl, a baggie with fentanyl, and three syringes (one was filled with liquid and two were empty).

8. On or about September 16, 2019, I contacted FPPD Detective Guilette. According to Detective Guilette, while speaking with DALESSIO and his girlfriend K.M. during his response to DALESSIO's overdose, both admitted to being users of heroin. According to Detective Guilette, K.M. stated that she had smuggled the heroin and fentanyl from New Jersey on an airplane. Detective Guillette stated that there was a box of ammunition in plain view on the table in the living room. In addition, Detective Guilette stated there was a drug kit consisting of syringes, cotton swabs, spoons, a lighter, and a makeshift tourniquet in the drawer of the bathroom.

4

9. I contacted SLCSO Sergeant Keith Pearson who has testified as a drug expert in the 19th Judicial Circuit Court of Florida. According to Sgt. Pearson, Heroin/Fentanyl is a very addictive opioid that based on his training and experience is not typically used sporadically. According to Sgt. Keith Pearson, the heroin/fentanyl and paraphernalia recovered from 1758 N. Dovetail Drive is consistent with what would be recovered from a habitual user of heroin/fentanyl. According to Sgt. Pearson, heroin addicts will often take turns injecting the heroin (shooting up) while the other user awaits with Narcan so that in the event of an overdose it can be administered. According to Sgt. Keith Pearson, Narcan is becoming more common for heroin addicts to possess due to the immense amount of overdose deaths that are occurring.

10. On or about September 16, 2019, I received a report from FPPD Detective Roberto Sarmiento that showed that on or about August 31, 2019— ten days after the overdose incident— DALESSIO purchased a used Diamondback 300 black-out rifle from the Tactical Store for $270.00.

11. On or about September 20, 2019, I covertly followed DALESSIO as he entered a pawn shop called Value Pawn and Jewlery in Fort Pierce. I observed DALESSIO pawn a Sig Sauer, model P238, .380 caliber semi-automatic pistol for approximately $240. A law enforcement database called Leads Online later revealed that the Sig Sauer pistol that DALESSIO pawned had the serial number 27A006738, which is the same serial number as the Sig Sauer that DALESSIO purchased on or about August 1, 2016, referenced in paragraph 8 above. Leads Online also showed that DALESSIO has pawned numerous other firearms over the past several months.

12. On or about October 12, 2019, I received an alert from a federal law enforcement entity saying that on or about October 11, 2019, DALESSIO redeemed a long gun and a handgun from Value Pawn and Jewlry in Fort Pierce, Florida. On or about October 13, 2019, I received an additional alert from the same law enforcement entity saying that on or about October 12, 2019, DALESSIO redeemed an additional handgun from Cash America Pawn of St. Lucie in Port St. Lucie, Florida.

13. On or about October 17, 2019, a federal search warrant was executed for 1758 North Dovetail Drive, Fort Pierce Florida (DALESSIO's residence). DALESSIO and K.M. were detained after they pulled into the driveway in the red Chevrolet SUV. DALESSIO had a loaded Glock 19 semi-automatic pistol on his person. A search of the residence revealed the following items, among other things:

- one Mossberg model 88, 12 gauge shotgun in the master bedroom;
- one plastic container with assorted drug paraphernalia in a living room cabinet;
- one glass smoking device with residue in the master bedroom;
- one Freedom Ordinance, Model FX9, semi-automatic pistol in the master bedroom;
- one Glock 9mm pistol with two magazines and ammo found in the master bedroom;
- one Anderson Lower rifle receiver in the master bedroom;
- many rounds of ammunition of various calibers and manufacturers;
- one plastic baggie containing suspected Suboxone, with exterior written prescription for K.M. in the master bedroom; and
- one gray lock box containing syringes and rubber bands on the living room table, and one plastic bag containing pills of suspected Dilaudid prescription pills (to wit Hydromorphone, a Schedule II controlled substance).

14. Inside the red Chevrolet, agents found a Ruger LCP, .380 pistol and one loaded magazine.

15. I conducted an audio-recorded interview of Michael DALESSIO. I read to DALESSIO an ATF Advice of Rights and Waiver (<u>Miranda</u>) form and DALESSIO acknowledged that he understood his rights and he agreed to speak. DALESSIO said that he currently resides in that residence. DALESSIO said he is currently addicted to opiates and uses Dilaudid intravenously on a daily basis. DALESSIO explained where the Dilaudid was located inside the residence and where firearms were located. DALESSIO said that before he was addicted to opiates he was addicted to crack cocaine. DALESSIO said that a black female that he knew would arrange transactions where DALESSIO would trade firearms

6

for crack cocaine. DALESSIO said that he knew of at least three or four firearms that he traded for crack cocaine in the north end of Fort Pierce to unknown males, but said that it could have been more. DALESSIO later admitted to exchanging three firearms for cash at a residence a few months ago, saying he used the money to purchase Dilaudid and crack cocaine. DALESSIO said that he believed the firearms he sold during this encounter were a Canik55, Model TP-9SF, 9mm semi-automatic pistol, a Springfield XD, .45 caliber semi-automatic pistol, and a Ruger LCP 2, .380 caliber semi-automatic pistol. DALESSIO received $600 for the three firearms.

16. On February 5, 2020, ATF Interstate Nexus Expert Michael Kelly determined that the Glock model 19 9mm semi-automatic pistol Serial Number BFNC831 recovered on DALESSIO's person pursuant to the Federal search warrant was manufactured outside Florida and that by its subsequent presence in Florida, must have traveled in and affected interstate and/or foreign commerce.

17. Based on the forgoing, your affiant believes that probable cause exists to arrest Michael T. DALESSIO for possession of a firearm, by an unlawful user or addict of a controlled substance, in violation of Title 18, United States Code, Section 922(g)(3), for his possession of a Glock model 19 9mm semi-automatic pistol on October 17, 2019.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Tyler Houk
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Subscribed and sworn to before me this 7th day of February 2020, in Fort Pierce, Florida.

_____
SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

## CASE NO. 20-008-SMM

Defendant's Name:   MICHAEL T. DALESSIO

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Possession of a firearm by a person who is an unlawful user of or addicted to any controlled substance | Title 18, United States Code, § 922(g)(3) | Up to 10 years<br>$250,000 fine<br>SR: Up to 3 years<br>$100 Special Assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-008-SMM

UNITED STATES OF AMERICA

v.

MICHAEL T. DALESSIO,

        Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?    ___ Yes  ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    ___ Yes  ✓ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
DANIEL E. FUNK
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501915
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel:    305-905-7509
Fax:   772-466-1020
Email: Daniel.Funk@usdoj.gov